Nancy B. Linzee, Respondent, v. Frankfort General Insurance Company, etc., Appellant.— Motions denied, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Malcolm Ross Matheson, as Substituted Trustee, etc., of Richard J. Stainton, Deceased, Respondent, v. Ottilie E. Mente and Others, Defendants. Title Insurance Company of New York and Others, Appellants.— Motion granted and order signed. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Charles M. Nelson, an Infant, by Charles J. Nelson, His Guardian ad Litem, Appellant, v. Benjamin F. Connor, Respondent.— Motion denied, on condition that appellant serve his proposed case on appeal by July 3, 1914, place the case on the next calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Henry Bryant, Appellant.— Motion granted. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

The People of the State of New York ex rel. Mary Regan, Relator, v. Joseph P. Hennessy and Others, etc., Respondents.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

Samuel Schwartz, Respondent, v. J. Willett Fox and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Arthur Suhr, an Infant, by Mary Suhr, His Guardian ad Litem, Appellant, v. Benjamin F. Connor, Respondent. — Motion denied, on condition that appellant serve his proposed case on appeal by July 3, 1914, place the case on the next calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Claudine Eckert, Respondent, v. Clara M. Truman, Appellant, and George D. Nowland, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

Frank B. Goodliffe, Respondent, v. E. Nelson Ehrhart, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

Millie L. Hayman, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. (See *Hayman* v. *City of New York, ante,* p. 195, decided herewith.) Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

John Johnson, Jr., by His Guardian ad Litem, John Johnson, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

John Johnson, Appellant, v. Richmond Light and Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.